IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-CV-02697-CMA-KLM

MARIA TERESA BERNAL,

Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

Defendant.

## STIPULATED ORDER

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

APPROVED:

| | |
|---|---|
| _s/Ralph E. Lamar_ | _s/Brent T. Johnson_ |
| Ralph E. Lamar | Brent T. Johnson |
| 8515 Braun Loop | Fairfield and Woods, P.C. |
| Arvada, Colorado 80005 | 1801 California Street, Suite 2600 |
| (303) 345-3600 | Denver, Colorado 80202-2645 |
| | (303) 830-2400 |
| ralphlamar@ymail.com | bjohnson@fwlaw.com |
| Counsel for Plaintiff | Counsel for Defendant |

1

**SO ORDERED**

Dated: _February 25, 2019_              _____
　　　　　　　　　　　　　　　　　　　　　Hon. Kristen L. Mix
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge